# EXHIBIT B

**U.S. Patent No. US 9,261,365 v. Dispatch**

# 1. Claim Chart

| Claim | Analysis |
|---|---|
| [1.P]     A method     for receiving location information at a positional information device, the method comprising: | Dispatch ("Company") performs and induces others to perform a method for receiving location information at a positional information device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Company provides Dispatch Connect, a delivery management platform/software that allows users, who utilize delivery services called shippers, to monitor and access ("receiving") their vehicles and drivers' location ("location information") in real-time within the Dispatch Connect platform installed in a shipper's mobile device ("a positional information device") such as smartphones, laptops, and computers. |



Source: https://www.dispatchit.com/solutions/connect



Source: https://www.dispatchit.com/



Source: https://www.dispatchit.com/solutions/connect (annotated)

| | |
|---|---|
| | • **With your consent.** This happens when you submit your information through many of our Services. For example: <br><br>    ○ Driver information shared with Shippers: Upon a Driver accepting a delivery request, we will share with the Shipper the Driver's name, profile photo, rating, real-time location, and the vehicle make, model, color, and license plate, as well as other information in the Driver's profile. <br><br>    ○ Shipper information shared with Drivers: If you request delivery services from our independent driver network, then you are consenting to our disclosing your information to third parties, such as your identity, information regarding your company, your parcels, and your location. <br><br> Source: https://cdn.dispatchit.com/assets/dispatch_privacy_policy_09_20_2021-cc1b8ab8f668101dab2af872f6757d1ba56ee9434b4f8411566d7e22da4f4d4b.pdf, Page 7 (annotated) <br><br> Further, to the extent this element is performed at least in part by Company's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [1.1] sending a request from a requesting positional information device to a server for at | Company performs and induces others to perform the step of sending a request from a requesting positional information device to a server for at least one address stored in at least one sending positional information device, the request including a first identifier of the requesting positional information device. <br><br> This element is infringed literally, or in the alternative, under the doctrine of equivalents. <br><br> For example, the Dispatch Connect software installed in the shipper's mobile device ("a requesting positional information device") allows the shipper to monitor and track the real-time location ("at least one address") of the driver. Therefore, upon information and belief, while monitoring the driver's location, a request is transmitted from the shipper's |

receiving location information

| | |
|---|---|
| least one address stored in at least one sending positional information device, the request including a first identifier of the requesting positional information device | mobile device to a server for retrieving the real-time location of the driver's mobile device ("at least one sending positional information device").<br><br>Further, Dispatch Connect requires both drivers and shippers to sign up on the Dispatch Connect platform wherein the Dispatch platform stores the information about the drivers and shippers such as name, contact information, and home /business address. Further, the Dispatch platform processes, via GPS and Wi-fi, the location information of the shippers when the shipper opens and uses the Dispatch Connect application to request Services. Therefore, upon information and belief, the request to retrieve the driver's real-time location includes the identification information ("first identifier") of the shipper's mobile device.<br><br><br><br>Source: https://www.dispatchit.com/solutions/connect (annotated) |

- <u>Account Sign-Up</u>. When you create an account on our Platform, we collect the

  information you provide us, such as your name, email address, phone number, birth

  date, and payment information. You may choose to share additional info with us for your

  account as well.

Source:                                    https://cdn.dispatchit.com/assets/dispatch_privacy_policy_09_20_2021-cc1b8ab8f668101dab2af872f6757d1ba56ee9434b4f8411566d7e22da4f4d4b.pdf, Page 2

### HOW WE COLLECT YOUR INFORMATION

When using the Services, you may be asked to provide personal information about yourself,

such as your name, contact information, payment information, and home or business address.

This may occur, for example, when you register on the Platform as a Driver or Shipper, or submit

a delivery request as a Shipper to the Drivers through the Platform. We may combine this

information with other information we collect from your interaction with the Services or from

other companies. In particular, you might provide us with personal information as follows:

Source:                                    https://cdn.dispatchit.com/assets/dispatch_privacy_policy_09_20_2021-cc1b8ab8f668101dab2af872f6757d1ba56ee9434b4f8411566d7e22da4f4d4b.pdf, Page 2

- Location Information. The Platform, by necessity, collects and processes location information (including GPS and WiFi data). For Shippers, we collect your device's precise location when you open and use our mobile application to request Services, including while the app is running in the background.  For Drivers, we collect your device's precise location whenever you mark yourself online and/or have been assigned or have accepted responsibility for a delivery. In order to ensure the safe delivery of all goods,

Source:                                     https://cdn.dispatchit.com/assets/dispatch_privacy_policy_09_20_2021-cc1b8ab8f668101dab2af872f6757d1ba56ee9434b4f8411566d7e22da4f4d4b.pdf, Page 2

- **With your consent.** This happens when you submit your information through many of our Services. For example:

  - Driver information shared with Shippers: Upon a Driver accepting a delivery request, we will share with the Shipper the Driver's name, profile photo, rating, real-time location, and the vehicle make, model, color, and license plate, as well as other information in the Driver's profile.

    *at least one address stored in at least one sending positional information device*

  - Shipper information shared with Drivers: If you request delivery services from our independent driver network, then you are consenting to our disclosing your information to third parties, such as your identity, information regarding your company, your parcels, and your location.

Source:                                     https://cdn.dispatchit.com/assets/dispatch_privacy_policy_09_20_2021-cc1b8ab8f668101dab2af872f6757d1ba56ee9434b4f8411566d7e22da4f4d4b.pdf, Page 7 (annotated)

9

| | |
|---|---|
| | <u>Communications Between Drivers and Shippers</u>. We collect information about any phone or text message communications, as well as in-application communications, exchanged between Drivers and Shippers, including the participants' phone numbers, the date and time, and the contents of SMS messages. For security purposes, we may also monitor or record the contents of phone calls made through the Platform or with our customer support team.<br><br>Source: https://cdn.dispatchit.com/assets/dispatch_privacy_policy_09_20_2021-cc1b8ab8f668101dab2af872f6757d1ba56ee9434b4f8411566d7e22da4f4d4b.pdf, Page 3<br><br>Further, to the extent this element is performed at least in part by Company's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [1.2] receiving at the requesting positional information device, from the server, a retrieved at least one address to the requesting positional information device wherein the server determines a | Company performs and induces others to perform the step of receiving at the requesting positional information device, from the server, a retrieved at least one address to the requesting positional information device wherein the server determines a second identifier for identifying the at least one sending positional information device based on the received first identifier and retrieves the requested at least one address stored in the identified at least one sending positional information device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, upon receiving the shipper's request, the driver accepts the request and the Dispatch Connect platform displays the location information of the driver ("a retrieved at least one address to the requesting positional information device"). Therefore, it would be apparent to a person having ordinary skill in the art that the Dispatch servers process the location information of the driver and transmit the location information to the shipper's mobile device ("receiving at the requesting positional information device, from the server, a retrieved at least one address").<br><br>Further, the Dispatch servers store the identification information of the drivers and processes, via GPS and Wi-fi, the location information of the drivers when they mark themselves online and/or have been assigned or have accepted responsibility for delivery. Therefore, upon information and belief, the servers determine the identification information |

| | |
|---|---|
| second identifier for identifying the at least one sending positional information device based on the received first identifier and retrieves the requested at least one address stored in the identified at least one sending positional information device. | ("a second identifier") of drivers for identifying the drivers' devices based on the received shipper's identity to retrieve the requested location information.<br><br>● **With your consent.** This happens when you submit your information through many of our Services. For example:<br><br>　○ Driver information shared with Shippers: Upon a Driver accepting a delivery request, we will share with the Shipper the Driver's name, profile photo, rating, real-time location, and the vehicle make, model, color, and license plate, as well as other information in the Driver's profile.<br><br>　○ Shipper information shared with Drivers: If you request delivery services from our independent driver network, then you are consenting to our disclosing your information to third parties, such as your identity, information regarding your company, your parcels, and your location.<br><br>Source:                                                        https://cdn.dispatchit.com/assets/dispatch_privacy_policy_09_20_2021-cc1b8ab8f668101dab2af872f6757d1ba56ee9434b4f8411566d7e22da4f4d4b.pdf, Page 7 |

- Location Information. The Platform, by necessity, collects and processes location information (including GPS and WiFi data). For Shippers, we collect your device's precise location when you open and use our mobile application to request Services, including while the app is running in the background.  For Drivers, we collect your device's precise location whenever you mark yourself online and/or have been assigned or have accepted responsibility for a delivery. In order to ensure the safe delivery of all goods,

Source: https://cdn.dispatchit.com/assets/dispatch_privacy_policy_09_20_2021-cc1b8ab8f668101dab2af872f6757d1ba56ee9434b4f8411566d7e22da4f4d4b.pdf, Page 2



receiving at the requesting positional information device, from the server, a retrieved at least one address

second identifier

13

| | Source: https://www.dispatchit.com/solutions/connect (annotated) <br><br> Further, to the extent this element is performed at least in part by Company's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
|---|---|

## 2. List of References

1. https://www.dispatchit.com/, last accessed on 01  July 2024.
2. https://www.dispatchit.com/solutions/connect, last accessed on 01 July 2024.
3. https://cdn.dispatchit.com/assets/dispatch_privacy_policy_09_20_2021-cc1b8ab8f668101dab2af872f6757d1ba56ee9434b4f8411566d7e22da4f4d4b.pdf, last accessed on 01 July 2024.