**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **SOCIAL POSITIONING INPUT SYSTEMS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**DISPATCHIT, INC.,**<br><br>Defendant. | **CASE NO. 1:24-cv-00888-RP** |

**<u>NOTICE OF VOLUNTARY DISMISSAL OF DISPATCHIT</u>**

Plaintiff Social Positioning Input Systems, LLC hereby submits this Notice of Voluntary Dismissal with Prejudice of Defendant DispatchIt, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendant has not served either an answer or a motion for summary judgment. Each Party will bear its own costs, expenses, and attorneys' fees.

Dated: September 25, 2024

Respectfully Submitted,

*<u>/s/ Randall Garteiser</u>*
Randall Garteiser
Texas Bar No. 24038912
rgarteiser@ghiplaw.com
**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this Wednesday, September 25, 2024.

*/s/ Randall Garteiser*
Randall Garteiser